# UNITED STATES DISTRICT COURT
## District of Minnesota

Feisal Mohamed Omar,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg, Samuel J. Olson, Joel Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-81 JMB/EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Feisal O. from custody immediately, and in any event no later than 4:00 p.m. CST on January 14, 2026, subject to and in accordance with the conditions in his preexisting Notice of Release dated December 18, 2017.

2. Within seven days of the date of this Order, counsel for Respondents is ORDERED to provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner was released from custody in accordance with this Order.

3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/14/2026

KATE M. FOGARTY, CLERK